# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

COURTNEY SEXSON                                                PLAINTIFF

v.                              No: 4:24-cv-352-DPM

KIRAN AHUJA, Director of the
United States Office of
Personnel Management                                    DEFENDANT

## JUDGMENT

Sexson's complaint is dismissed without prejudice.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_9 October 2024_